LARRY M. KAZANJIAN (State Bar No. 071441)
AMAN RAI, (State Bar No. 318268
**PALMER KAZANJIAN WOHL HODSON LLP**
2277 Fair Oaks Boulevard, Suite 455
Sacramento, CA 95825
Telephone: 916-442-3552
Facsimile: 916-640-1521

Attorneys for Defendant
OROVILLE HOSPITAL

LARRY L. BAUMBACH (State Bar No. 50086)
**LAW OFFICES OF LARRY L. BAUMBACH**
2531 Forest Ave., Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Facsimile: 530-852-3696

Attorney for Plaintiff
SUSAN STATON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STATON<br><br>Plaintiff,<br><br>v.<br><br>OROVILLE HOSPITAL, a California corporation, DOES 1 through 50, inclusive,<br><br>Defendants, | Case No.: 2:19-CV-01219-KJM-DMC<br><br>United State District Judge<br>Kimberly J. Mueller<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION IN THE COMPLAINT FOR BREACH OF CONTRACT AND STIPULATION TO REMAND COMPLAINT TO BUTTE COUNTY SUPERIOR COURT**<br><br>Date: November 7, 2019<br>Time: 2:30 p.m.<br>Courtroom: 3 |

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

JOINT STIPULATION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION IN THE COMPLAINT FOR BREACH OF CONTRACT AND STIPULATION TO REMAND COMPLAINT TO BUTTE COUNTY SUPERIOR COURT

**ORDER**

The Court, having read and considered the Parties' Joint Stipulation dismissing Plaintiff's Third Cause of Action in the Complaint alleging Breach of Contract and stipulating to remand Plaintiff's pending Complaint to Butte County Superior Court, and for good cause shown, hereby orders as follows that Plaintiff's Third Cause of Action in the Complaint alleging Breach of Contract is dismissed and the pending Complaint is hereby remanded to the Butte County Superior Court to proceed therein.

DATED: October 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

JOINT STIPULATION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION IN THE COMPLAINT FOR BREACH OF CONTRACT AND STIPULATION TO REMAND COMPLAINT TO BUTTE COUNTY SUPERIOR COURT

2.